THE STATE OF WASHINGTON, *Respondent,* v.
PARIS DARNELL LANDON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84-1-00615-5, William L. Brown, Jr., J., entered September 6, 1985. *Affirmed* by unpublished opin-

ion per Petrie, J. Pro Tem., concurred in by Alexander, A.C.J., and Petrich, J.